UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWN and LORNA BROWN,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF RIALTO, CITY OF RIALTO POLICE OFFICER MASSEY, individually and in his capacity as a City of Rialto Police Officer, and DOES 1 through 10,<br><br>           Defendants. | NO.  CV10-2561 DMG (DTBx)<br><br>*Honorable Dolly M. Gee*<br><br>**ORDER OF DISMISSAL**<br>**JS-6** |

    The parties, Plaintiffs, TERRENCE BROWN and LORNA BROWN, and Defendants, CITY OF RIALTO and the CITY OF RIALTO POLICE OFFICER MASSEY, having so stipulated and good cause appearing,

    IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

    IT IS FURTHER ORDERED that each side is to bear its own costs and attorney's fees.

DATED:  June 22, 2010

                                            Honorable Dolly M. Gee<br>                                            United States District Judge